UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAMONT NIXON, | * | CIVIL ACTION NO.: |
|     Plaintiff | * | |
| | * | SECTION: " " |
| VERSUS | * | |
| | * | JUDGE: |
| TETRA TECHNOLOGIES, INC., | * | |
| TRIPLE C ENTERPRISE, INC. OF LA, | * | MAG: |
| and C & G WELDING | * | |
|     Defendants | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Lamont Nixon a Jones Act Seamen, and a person of full age and majority, domiciled in Houma, State of Louisiana, who respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States.

II.

Tetra Technologies, Inc., a named defendant herein, is an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Lamont Nixon, for claims of the nature asserted herein.

III.

C & G Welding, a named defendant herein, is an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Lamont Nixon, for claims of the nature asserted herein.

IV.

Triple C. Enterprise, Inc. of Louisiana, a named defendant herein, is an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Lamont Nixon, for claims of the nature asserted herein.

V.

On or about August 20, 2011, plaintiff, Lamont Nixon was employed as a rigger/welder by defendant, C & G Welding and/or Triple C Enterprise Inc. Of Louisiana and/or Tetra Technologies, Inc. and assigned to the D/B ARAPAHO as a member of the crew.

VI.

On or about August 20, 2011, the D/B ARAPAHO was owned operated and/or controlled by defendants, C & G Welding and/or Tetra Technologies, Inc. and/or Triple C Enterprise Inc. of Louisiana.

VII.

On or about August 20, 2011, plaintiff was performing his assigned task aboard the D/B ARAPAHO in the Bay Marchand area near Fourchon, Louisiana, he sustained serious, permanent and disabling injuries to his body, including but not limited to, his groin and back, when he attempted to move heavy equipment aboard the barge.

VIII.

The accident and resulting injuries described above were caused by the negligence of the defendants, C & G Welding and/or Tetra Technologies, Inc. and/or Triple C Enterprise Inc. of Louisiana, in the following particulars:

    a)    Failing to provide plaintiff with a safe place to work;

    b)    Failing to properly supervise the job being performed;

    c)    Failing to utilize a reasonably safe means of performing the job;

    d)    Failing to coordinate the lifting and movement of the heavy equipment;

    e)    Requiring plaintiff to move equipment that was too heavy for him to handle; and

    f)    Any and all other acts of negligence that will be shown at the trial of this matter.

IX.

At all pertinent times hereto, the D/B ARAPAHO was unseaworthy in one or more of the following respects, to-wit:

    a)    Failing to provide plaintiff with a safe place to work.

    b)    Failing to properly supervise the task being performed;

    c)    Failing to utilize a reasonably safe means of performing the job;

    d)    Failing to coordinate the lifting and movement of the heavy equipment;

    e)      Requiring plaintiff to move equipment that was too heavy for him to handle; and

    f)      Other unseaworthy conditions to be determined at a trial of this action.

X.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Lamont Nixon, for the following damages:

    a)      Past, present and future medical expenses;

    b)      Past, present and future physical pain and suffering;

    c)      Past, present and future mental pain and suffering;

    d)      Lost wages and loss of earning capacity; and,

    e)      Any other elements of damage recoverable under the Jones Act or under Louisiana law.

XII.

Plaintiff, Lamont Nixon, is entitled to maintenance and cure benefits from the above referenced Defendants, C & G Welding and/or Tetra Technologies, Inc. and/or Triple C Enterprise Inc. of Louisiana, until such time as he reaches maximum medical cure; and Plaintiff is entitled to attorney's fees, costs, punitive and compensatory damages in the event the Defendants, C & G Welding and/or Tetra Technologies, Inc. and/or Triple C Enterprise Inc. of Louisiana, unreasonably or arbitrarily refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Lamont Nixon, request that the defendants, C & G Welding, Tetra Technologies, Inc., and/or Triple C Enterprise, Inc. of Louisiana, be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of Plaintiff, Lamont Nixon, and against the defendants, C & G Welding, Tetra Technologies, Inc. and/or Triple C Enterprise, Inc. of Louisiana for damages in the sum of

$1,200,000.00 ONE MILLION TWO HUNDRED THOUSAND AND NO/100 ($1,200,000.00), plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ George W. Byrne, Jr.
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.:  (504) 566-1652
E-Mail: georgewbyrnejr@ungarlawyers.com
Counsel for Plaintiff, *Lamont Nixon*

**PLEASE SERVE:**

C & G WELDING, INC.
Through Their Agent For Service of Process
CURTIS J. CALLAIS, JR.
5551 Hwy. 311
Houma, LA 70360

TRIPLE C ENTERPRISE, INC. OF LOUISIANA
Through Their Agent For Service of Process
CURTIS CALLAIS, JR.
5551 Hwy. 311
Houma, LA 70360

TETRA TECHNOLOGIES, INC.
Through Their Agent For Service of Process
C T CORPORATION SYSTEMS
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808