UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAMONT NIXON, | § | CIVIL DOCKET |
| | § | |
| Plaintiff, | § | NO. 11-CV-2422 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | JUDGE STANWOOD R. DUVAL, JR. |
| TETRA TECHNOLOGIES, INC., | § | |
| TRIPLE C ENTERPRISE, INC. OF LA., | § | MAGISTRATE "4" |
| and C & G WELDING | § | JUDGE KAREN WELLS ROBY |
| | § | |
| Defendants. | § | |

*****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that all claims that have been asserted in this matter, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this __8th__ day of _____August_____, 2012.

_____
Stanwood R. Duval, Jr.
United States District Judge